864 P.2d 558

**John M. POWERS, Plaintiff–Appellee,**

v.

**Robert KAWA and Diane S. Kawa, husband and wife; Del E. Webb Commercial Properties Corp., an Arizona corporation; Del E. Webb Corporation, an Arizona corporation, Defendants–Appellants.**

No. CV–93–0380–PR.

·Supreme Court of Arizona.

Nov. 24, 1993.

Jay M. Mann and Judy J. Lindemuth, Jennings, Kepner & Haug, Phoenix.

Susan M. Freeman and Bret Maidman, Lewis and Roca, Phoenix.

### ORDER

A "Stipulated Motion to Dismiss Appeal" (Petition for Review) having been filed by the parties,

IT IS ORDERED granting the motion and dismissing Defendant–Appellant's Petition for Review with prejudice, each party to bear its own fees and costs.

/s/ James Moeller
JAMES MOELLER
Vice Chief Justice

864 P.2d 558

**In re the Marriage of Patricia A. BOZIEVICH, Petitioner– Appellee,**

v.

**Gary W. BOZIEVICH, Respondent– Appellant.**

No. CV–93–0333–PR.

Supreme Court of Arizona.

Dec. 1, 1993.

Michael C. Anderson, Riviera, AZ.

### ORDER

This matter came before the Court on November 30, 1993. After due consideration, the Court believes that the issue related to sufficiency of the evidence cannot be resolved without review of the misfiled transcripts. The Court is unable to determine whether the Court of Appeals reviewed those transcripts before ruling on the Motion for Reconsideration. Therefore,

IT IS ORDERED that the Petition for Review is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 23(i)(2), Rules of Civil Appellate Procedure, this matter is remanded to the Court of Appeals to clarify whether it reviewed the misfiled transcripts. If the transcripts were not reviewed, the Court is instructed to reconsider its ruling in light of those transcripts.